Honorable Eileen Whalon
BEHR, Sheriff

v.

Honorable James R. MATTHEWS, Honorable Bruce L. Castor, Jr., Honorable Joseph M. Hoeffel, Montgomery County Commissioners, and County of Montgomery.

Honorable Risa Vetri Ferman

v.

Honorable James R. Matthews, Honorable Bruce L. Castor, Jr., Honorable Joseph M. Hoeffel, and County of Montgomery.

Appeal of Honorable James R. Matthews, Honorable Bruce L. Castor, Jr., Honorable Joseph M. Hoeffel, Montgomery County Commissioners, and County of Montgomery.

Supreme Court of Pennsylvania.

Argued May 11, 2011.

Decided June 21, 2011.

Jeffrey B. Albert, Philadelphia, Barry M. Miller, Norristown, Philip William Newcomer, Montgomery County Solicitor's Office, for Hon. James R. Matthews, Hon. Bruce L. Castor, Jr., Hon. Joseph M. Hoeffel, and County of Montgomery.

Robert L. Knupp, Knupp Law Offices, LLC, Anthony T. McBeth, Harrisburg, for Appellant Amicus Curiae, County Commissioner's Association of Pennsylvania.

Thomas E. Groshens, Michael Marino, Norristown, Richard A. Sprague, Thomas A. Sprague, Sprague & Sprague, Philadelphia, for Risa Vetri Ferman.

Thomas James Speers, Montgomery County Sheriff's Department, Plymouth Meeting, for Alfred Ricci.

Edward Michael Marsico Jr., Harrisburg, for Appellee Amicus Curiae, PA District Attorneys Association.

BEFORE: SAYLOR, EAKIN, BAER, TODD, McCAFFERY, ORIE MELVIN, JJ.

## ORDER

PER CURIAM.

AND NOW, this 21st day of June, 2011, the order of the Commonwealth Court is AFFIRMED.

Chief Justice CASTILLE did not participate in the consideration or decision of this case.